UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MELVIN COCHRAN; RAUL W. SANTIAGO BRITO,[1]

              Plaintiffs,

-against-

THE OWNER(S) OF THE NAME BRAND TOOTHPASTE "CLOSE-UP"/ AND THEIR COMPANIES, ETC.,

              Defendants.

21-CV-8072 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued November 17, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff Cochran's failure to pay the $402.00 in filing fees or submit an amended request to proceed *in forma pauperis*. See 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 17, 2021
            New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge

---

[1] In the November 17, 2021 order dismissing the complaint, the Court construed the complaint as asserting claims solely on behalf of Plaintiff Cochran, the only person who signed the complaint.